Frank P. Sarro (State Bar No. 129780)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 439-8877
Facsimile: (415) 439-8833

Attorney for Plaintiff
LAWRENCE C. LAUSER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER, | **CASE NO.** |
| Plaintiff, | COMPLAINT AND JURY TRIAL DEMAND |
| v. | |
| CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS, and UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22, | |
| Defendants. | |

Plaintiff alleges:

FACTS COMMON TO ALL CAUSES OF ACTION

1. Plaintiff is an individual residing in the City of Martinez, State of California and brings this action pursuant to Section 301 of the Labor Management Relations Act of 1947 (29 USC Section 185), and Sections 7, 8 and 9 of the National Labor Relations Act, to recover damages and to obtain an injunction against violation of a collective bargaining agreement. All defendants maintain a principal place of business in the City and County of San Francisco and all relevant events occurred in the City and County of

San Francisco.

2. Jurisdiction of this action is conferred by 28 USC Section 1331, 28 USC Section 1337, Section 301 of the Labor Management Relations Act and Sections 7, 8 and 9 of the National Labor Relations Act.

3. Plaintiff is informed and believes and thereon alleges, that at all relevant times, defendants unions and employer and their agents were the agents, servants, employees, representatives, partners, joint venturers, successors and/or alter egos of each other and, at all times herein mentioned were acting within their scope and capacity as such agents, servants, employees, representatives, partners, joint venturers, successors and/or alter egos, and were responsible for the actions herein alleged. Plaintiff alleges that defendants unions and employer are jointly and severally liable for the actions herein alleged. Defendant unions' failure to represent plaintiff and defendant employer's failure to maintain plaintiff's employment caused and continues to cause plaintiff to expend sums for legal counsel. As a proximate result of defendants' conduct, plaintiff has suffered humiliation, embarrassment, hurt feelings, mental anguish and suffering, and monetary damages, in an amount according to proof. As a further proximate result of defendants' conduct, plaintiff has suffered the loss of the wages, salary, benefits, and additional amounts of money plaintiff would have received but for defendants' wrongful conduct, in an amount according to proof. As a further proximate result of defendants' conduct, plaintiff has suffered the intangible loss of employment-related opportunities, including but not limited to, opportunities for promotion, transfer, a part-time work schedule, and the ability to devote a substantial portion of his time to successful investments and business opportunities, in an amount according to proof.

## FIRST CLAIM FOR RELIEF

(Breach of Collective Bargaining Agreement and Wrongful Termination by Defendant City College of San Francisco)

4. Plaintiff herein incorporates all the allegations contained in paragraphs 1

through 3 above.

5. Plaintiff was approved as a permanent employee of defendant City College of San Francisco on or about January 9, 2003, and was continuously so employed up to and including the time that he was wrongfully terminated by said defendant effective July 1, 2007. Prior to his termination, plaintiff made numerous safety complaints to his employer's management to the effect that his employer was violating the law and not complying with applicable building codes in the construction and renovation of numerous buildings in the City and County of San Francisco. To silence plaintiff, and to punish plaintiff for blowing the whistle on the employer's illegal activities, plaintiff's employer decided to eliminate plaintiff's job and terminate plaintiff's employment in violation of the applicable collective bargaining agreement. Said termination violated the terms of the collective bargaining agreement applicable to plaintiff and also constitutes a violation of the public policy of the State of California for terminating plaintiff in disregard of his satisfactory job performance, without good cause, and in retaliation for his safety complaints.

WHEREFORE, plaintiff prays for judgment against defendants as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

(Breach of Duty of Fair Representation by Defendant Unions)

6. Plaintiff herein incorporates all the allegations contained in paragraphs 1 through 5 above.

7. During all the times mentioned herein, defendant union San Francisco Building and Construction Trade Council Unions and/or defendant union United Brotherhood of Carpenters and Joiners of America Local Union No. 22 was the collective bargaining representative of the bargaining unit consisting of defendant employer's employees including plaintiff.

8. After plaintiff was wrongfully terminated, plaintiff and his counsel made numerous requests and demands, pursuant to the applicable collective bargaining

agreement, that defendant unions initiate and represent plaintiff in an arbitration against defendant employer that wrongfully terminated him. Said defendant unions failed and refused to honor plaintiff's requests and demands.

9. Said defendant unions arbitrarily, capriciously, and without just or reasonable reason or cause refused to help plaintiff, refused to honor his requests and demands, and refused to initiate and represent plaintiff in an arbitration against defendant employer that wrongfully terminated him. Said defendant unions and defendant employer approved and ratified all actions taken against plaintiff. Accordingly, said defendant unions breached their statutory obligations under Section 8(b) of the National Labor Relations Act to serve the interests of all members without hostility or discrimination toward any, to exercise their discretion with complete good faith and honesty, and to avoid arbitrary conduct. Said defendant unions thereby breached their duty of fair representation toward plaintiff.

WHEREFORE, plaintiff prays for judgment against defendants as hereinafter set forth.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. For general damages in an amount according to proof;
2. For special damages in an amount according to proof;
3. For compensatory damages including but not limited to lost wages, lost employee benefits, bonuses, mental and emotional distress, medical and related expenses, lost opportunity costs, and other special, general and compensatory damages in an amount according to proof;
4. For attorney's fees;
5. For experts' fees;
6. For prejudgment and postjudgment interest as allowed by law;
7. For costs of suit;

1    8.  For a preliminary injunction to be made permanent upon the conclusion of the trial of this action reinstating plaintiff in his employment; and

9.  For such other and further relief as the Court may deem proper.

Dated: December 24, 2007        FRANK P. SARRO

_____
Attorney for Plaintiff
LAWRENCE C. LAUSER

## JURY TRIAL DEMAND

Plaintiff hereby demands a jury trial of all issues, facts and claims for relief.

Dated: December 24, 2007        FRANK P. SARRO

_____
Attorney for Plaintiff
LAWRENCE C. LAUSER