STEWART WEINBERG, Bar No. 031493
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
San Francisco Building and Construction Trades Council
and United Brotherhood of Carpenters and Joiners
of America Local Union No. 22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>  Defendants. | No.  CV 07-6464 SC<br><br>**DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. RULE 201**<br><br>**Date:** March 7, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1, 17th Floor |

Request is hereby made that this Court take judicial notice of the fact that City College of San Francisco is the campus of the San Francisco Community College District, and that the Charter of the City and County of San Francisco created the Governing Board of the Community College District as a public entity composed of seven members elected by the voters of the Community College District. Attached hereto is a copy of the Charter of the City and County of San Francisco,

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. RULE 201

1  section 8.101, which the Court is requested to take judicial notice.

2  Dated: January 28, 2008

3                              WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation
4

5                              By: /s/ Stewart Weinberg
                               STEWART WEINBERG
6                              Attorneys for Defendants
                               San Francisco Building and Construction Trades
7                              Council and United Brotherhood of Carpenters and
                               Joiners of America Local Union No. 22
8  118036/482027

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. RULE 201

## ARTICLE VIII

## EDUCATION AND LIBRARIES

**SEC. 8.100.   UNIFIED SCHOOL DISTRICT.**

The Unified School District shall be under the control and management of a Board of Education composed of seven members who shall be elected by the voters of the Unified School District. A student representative shall serve on the Board in accordance with state law. No member of this Board shall be eligible to serve on the Governing Board of the Community College District. Vacancies occurring on the Board shall be filled for the unexpired term by the Mayor. The compensation for each member shall be $500 per month. The terms of office in effect for Board members on the date this Charter is adopted shall continue.

**SEC. 8.101.   GOVERNING BOARD OF THE COMMUNITY COLLEGE DISTRICT.**

The Community College District shall be under the control and management of a Governing Board composed of seven members who shall be elected by the voters of the Community College District. A student representative shall serve on the Governing Board in accordance with state law. No member of this Board shall be eligible to serve on the Board of Education. Vacancies occurring on the Governing Board shall be filled for the unexpired term by the Mayor. The compensation for each member shall be $500 per month. The terms of office in effect for Board members on the date this Charter is adopted shall continue.

**SEC. 8.102.   PUBLIC LIBRARIES.**

Libraries including the Library Commission and the Library Department shall be a part of the executive branch.

The Commission shall consist of seven members appointed by the Mayor, pursuant to Section 3.100, for four-year terms. Members may be removed by the Mayor.

**SEC. 8.103.   LAW LIBRARY.**

The San Francisco Law Library shall be under the management and control of the Board of Trustees, as established by act of the Legislature approved March 9, 1870. The Board shall consist of seven appointive members of the San Francisco bar, and the Mayor, the Presiding Judge and the three judges of the Appellate Department of the Superior Court, ex-officio. All vacancies on the Board shall be filled by the Board.

Pursuant to state law, the Board shall appoint and at its pleasure may remove a librarian, who shall be its executive officer. The Board shall have complete authority to manage its affairs consistent with this Charter and state law.

Compensation of Law Library personnel shall be fixed by the executive officer of the Law Library, with approval of the Board of Trustees. Subject to the budgetary and fiscal provisions of this Charter, the City and County shall continue to fund the salaries for at least the positions of Librarian, Assistant Librarian and Bookbinder.

      The City and County shall provide suitable and sufficient quarters for the Law Library, fix up and furnish the same and provide for the supply of necessary light, heat, stationery and other conveniences. The Library shall be so located as to be readily accessible to the judges and officers of the courts.

      The Clerks of the Superior and Municipal Courts shall collect fees provided for law libraries by general law and the fees so collected shall be paid monthly to the Treasurer of the Law Library, and shall constitute a law library fund to be expended by the Trustees in the purchase of books and periodicals, and in the establishment and maintenance of the Law Library.

      The judiciary, city, county and state officials, members of the Bar, and all inhabitants of the City and County shall have free access, use and enjoyment of the Law Library, subject to the rules and regulations of the Trustees.

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 28, 2008, I served upon the following parties in this action:

Frank Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104

copies of the document(s) described as:

**DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. RULE 201**

[X]   **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 28, 2008.

*Linda Dobbins*
Linda Dobbins

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001