JEFFREY SLOAN, ESQ. (SBN 078179)
RANDY RIDDLE (SBN 121788)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:    (415) 678-3800
Facsimile:    (415) 678-3838

Attorneys for Defendant,
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>    Defendants/Respondents | Case No.: CV 07-6464 SC<br><br>**DEFENDANTS SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS DUE TO LACK OF JURISDICTION UNDER RULE 12(b)(1) and 12(b)(6)**<br><br>Date:    March 28, 2008<br>Time:    10:00 a.m.<br>Dept:    1, 17th Floor<br>Judge:   Hon. Samuel Conti<br><br>Complaint Filed:  December 26, 2007<br>Trial Date:       Not Set |

**NOTICE OF MOTION**

TO Plaintiff LAWRENCE LAUSER and to FRANK P. SARRO, Attorney of Record

PLEASE TAKE NOTICE that on March 28, 2008 at 10:00 a.m. or as soon thereafter as this matter may be heard in the above entitled court, located at 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, California, Defendant San Francisco Community College District will move this Court for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

///

///

1

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. CV 07-6464SC

1  This motion is based upon this Notice of Motion and Motion, the Memorandum of Points
2  and Authorities, and the pleadings and papers on file herein.

4  Dated: February 19, 2008                    RENNE SLOAN HOLTZMAN & SAKAI, LLP

6                                              By:_____/s/_____
7                                                        Randy Riddle
                                                         Attorneys for Defendants
8                                                        SAN FRANCISCO COMMUNITY
                                                         COLLEGE DISTRICT

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. CV 07-6464SC

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome St., Suite 300, San Francisco, CA, 94104.

On February 19, 2008, I served with following documents(s) by the method indicated below:

**DEFENDANTS SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS DUE TO LACK OF JURISDICTION UNDER RULE 12(b)(1) and 12(b)(6)**

☐ by transmitting via **facsimile** on this date from the fax number (415) 288-4528 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct. 2003(3)

☐ by placing the document(s) listed above in the sealed envelope(s) and by **causing messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On February 19, 2008, I caused to be served via messenger the above-listed documents.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Frank P. Sarro
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
Fax: 415-439-8833
Email: fpsarro@hotmail.com

*Attorney for Plaintiff, Lawrence Lauser*

Stewart Weinberg
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
courtnotices@unioncounsel.net

*Attorney for Defendants, SFBCTCU and United Brotherhood of Carpenters and Joinders of America, Local 22*

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on February 19, 2008, at San Francisco, California.

_____
Natalie Larios

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law

Proof of Service - DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. C 07-6464SC