JEFFREY SLOAN, ESQ. (SBN 078179)
RANDY RIDDLE, ESQ. (SBN 121788)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:   (415) 678-3800
Facsimile:    (415) 678-3838

Attorneys for Defendant,
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>　　　　Defendants/Respondents | Case No.: CV 07-6464 SC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:      March 28, 2008<br>Time:     10:00 a.m.<br>Dept:      1, 17th Floor<br>Judge:    Hon. Samuel Conti<br><br>Complaint Filed:  December 26, 2007<br>Trial Date:              Not Set |

　　　Defendant San Francisco Community College District requests this Court to take judicial notice of the following document pursuant to Rule 201 of the Federal Rules of Evidence:

　　　1.　　The Charter of the City and County of San Francisco, section 8.101, a copy which attached hereto as "Exhibit A."

Dated: February 19, 2008　　　　　　　　RENNE SLOAN HOLTZMAN SAKAI, LLP


　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Randy Riddle
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　SAN FRANCISCO COMMUNITY COLLEGE
　　　　　　　　　　　　　　　　　　　　　　DISTRICT

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Case No. CV 07-6464SC

## ARTICLE VIII

## EDUCATION AND LIBRARIES

**SEC. 8.100.    UNIFIED SCHOOL DISTRICT.**

The Unified School District shall be under the control and management of a Board of Education composed of seven members who shall be elected by the voters of the Unified School District. A student representative shall serve on the Board in accordance with state law. No member of this Board shall be eligible to serve on the Governing Board of the Community College District. Vacancies occurring on the Board shall be filled for the unexpired term by the Mayor. The compensation for each member shall be $500 per month. The terms of office in effect for Board members on the date this Charter is adopted shall continue.

**SEC. 8.101.    GOVERNING BOARD OF THE COMMUNITY COLLEGE DISTRICT.**

The Community College District shall be under the control and management of a Governing Board composed of seven members who shall be elected by the voters of the Community College District. A student representative shall serve on the Governing Board in accordance with state law. No member of this Board shall be eligible to serve on the Board of Education. Vacancies occurring on the Governing Board shall be filled for the unexpired term by the Mayor. The compensation for each member shall be $500 per month. The terms of office in effect for Board members on the date this Charter is adopted shall continue.

**SEC. 8.102.    PUBLIC LIBRARIES.**

Libraries including the Library Commission and the Library Department shall be a part of the executive branch.

The Commission shall consist of seven members appointed by the Mayor, pursuant to Section 3.100, for four-year terms. Members may be removed by the Mayor.

**SEC. 8.103.    LAW LIBRARY.**

The San Francisco Law Library shall be under the management and control of the Board of Trustees, as established by act of the Legislature approved March 9, 1870. The Board shall consist of seven appointive members of the San Francisco bar, and the Mayor, the Presiding Judge and the three judges of the Appellate Department of the Superior Court, ex-officio. All vacancies on the Board shall be filled by the Board.

Pursuant to state law, the Board shall appoint and at its pleasure may remove a librarian, who shall be its executive officer. The Board shall have complete authority to manage its affairs consistent with this Charter and state law.

Compensation of Law Library personnel shall be fixed by the executive officer of the Law Library, with approval of the Board of Trustees. Subject to the budgetary and fiscal provisions of this Charter, the City and County shall continue to fund the salaries for at least the positions of Librarian, Assistant Librarian and Bookbinder.

**EXHIBIT A**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome St., Suite 300, San Francisco, CA, 94104.

On February 19, 2008, I served with following documents(s) by the method indicated below:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

☐ by transmitting via **facsimile** on this date from the fax number (415) 288-4528 the document(s) listed above to t he fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct. 2003(3)

☐ by placing the document(s) listed above in the sealed envelope(s) and by **causing messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On February 19, 2008, I caused to be served via messenger the above-listed documents.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Frank P. Sarro
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
Fax: 415-439-8833
Email: fpsarro@hotmail.com

*Attorney for Plaintiff, Lawrence Lauser*

Stewart Weinberg
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
courtnotices@unioncounsel.net

*Attorney for Defendants, SFBCTCU and United Brotherhood of Carpenters and Joinders of America, Local 22*

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at San Francisco, California.

_Natalie Larios_

2

Proof of Service - REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS
Case No. C 07-06464 SC