

1  JEFFREY SLOAN, ESQ. (SBN 078179)
   RANDY RIDDLE, ESQ. (SBN 121788)
2  RENNE SLOAN HOLTZMAN & SAKAI, LLP
   350 Sansome Street, Suite 300
3  San Francisco, CA  94104
   Telephone:    (415) 678-3800
4  Facsimile:    (415) 678-3838

5  Attorneys for Defendant,
   SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | LAWRENCE C. LAUSER,                          | Case No.: CV 07-6464 SC |
11 | Plaintiff,                                   | **AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
12 | vs.                                          | |
13 | CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22, | Date:  April 4, 2008
                                                    Time:  10:00 a.m.
                                                    Dept:  1, 17th Floor
                                                    Judge: Hon. Samuel Conti

                                                    Complaint Filed:  December 26, 2007
                                                    Trial Date:       Not Set |
   | Defendants/Respondents                       | |

18     Defendant San Francisco Community College District requests this Court to take judicial
19 notice of the following document pursuant to Rule 201 of the Federal Rules of Evidence:
20     1.    The Charter of the City and County of San Francisco, section 8.101, a copy which
21 attached hereto as "Exhibit A."
22 Dated: February 20, 2008            RENNE SLOAN HOLTZMAN SAKAI, LLP
23
24                                     By: _____
25                                            Randy Riddle
                                              Attorneys for Defendants
26                                     SAN FRANCISCO COMMUNITY COLLEGE
                                                    DISTRICT
27
28

1
<u>AMENDED</u> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Case No. CV 07-6464SC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome St., Suite 300, San Francisco, CA, 94104.

On February 20, 2008, I served with following documents(s) by the method indicated below:

**AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

☐ by transmitting via **facsimile** on this date from the fax number (415) 288-4528 the document(s) listed above to t he fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct. 2003(3)

☐ by placing the document(s) listed above in the sealed envelope(s) and by **causing messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On February 20, 2008, I caused to be served via messenger the above-listed documents.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Frank P. Sarro
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
Fax: 415-439-8833
Email: fpsarro@hotmail.com

*Attorney for Plaintiff, Lawrence Lauser*

Stewart Weinberg
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
courtnotices@unioncounsel.net

*Attorney for Defendants, SFBCTCU and United Brotherhood of Carpenters and Joinders of America, Local 22*

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2008, at San Francisco, California.

*/s/ Angie Perez*

2

Proof of Service – AMENDED REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS
Case No. C 07-06464 SC