JEFFREY SLOAN, ESQ. (SBN 078179)
RANDY RIDDLE (SBN 121788)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:    (415) 678-3800
Facsimile:    (415) 678-3838

Attorneys for Defendant,
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>Defendants/Respondents | Case No.: CV 07-6464 SC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S <u>AMENDED</u> MOTION TO DISMISS<br><br>Date:    April 4, 2008<br>Time:    10:00 a.m.<br>Dept:    1, 17th Floor<br>Judge:   Hon. Samuel Conti<br><br>**Complaint Filed:** December 26, 2007<br>**Trial Date:** Not Set |

The motion of Defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT to dismiss Plaintiff LAWRENCE LAUSER's complaint came on for hearing before this Court on April 4, 2008. After consideration of the briefs and arguments of the parties and counsel, and all other matters presented, the Court finds that Plaintiff's Complaint fails to state a claim against Defendant District upon which relief can be granted. IT IS HEREBY ORDERED that:

1. Defendant's Request for Judicial Notice is GRANTED; and
2. Defendant's Motion to Dismiss is GRANTED and that this action is hereby dismissed with prejudice.

[PROPOSED] ORDER GRANTING DEFENDANT'S <u>AMENDED</u> MOTION TO DISMISS
Case No. CV 07-6464SC

1  Dated: _____, 2008

2
                                                    _____
3                                                   Hon. Samuel Conti
                                                    United States District Court Judge
4

5  Presented By:

6

7  RENNE SLOAN HOLTZMAN SAKAI, LLP

8

9  By: _____
            Randy Riddle
10         Attorneys for Defendants
       SAN FRANCISCO COMMUNITY COLLEGE
11                DISTRICT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome St., Suite 300, San Francisco, CA, 94104.

On February 20, 2008, I served with following documents(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS**

☐ by transmitting via **facsimile** on this date from the fax number (415) 288-4528 the document(s) listed above to t he fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct. 2003(3)

☐ by placing the document(s) listed above in the sealed envelope(s) and by **causing messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On February 20, 2008, I caused to be served via messenger the above-listed documents.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Frank P. Sarro
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
Fax: 415-439-8833
Email: fpsarro@hotmail.com

*Attorney for Plaintiff, Lawrence Lauser*

Stewart Weinberg
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
courtnotices@unioncounsel.net

*Attorney for Defendants, SFBCTCU and United Brotherhood of Carpenters and Joinders of America, Local 22*

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2008, at San Francisco, California.

Angie Perez

Proof of Service - [PROPOSED] ORDER GRANTING DEF'S AMENDED MOTION TO DISMISS
Case No. CV 07-6464SC