STEWART WEINBERG, Bar No. 031493
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
San Francisco Building and Construction Trades Council
and United Brotherhood of Carpenters and Joiners
of America Local Union No. 22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>    Defendants. | No.    CV 07-6464 SC<br><br>**DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>**Date:**     **March 7, 2008**<br>**Time:**     **10:00 a.m.**<br>**Courtroom: 1, 17th Floor** |

    This reply to Plaintiff's opposition is filed by Defendants San Francisco Building and Construction Trades Council and United Brotherhood of Carpenters and Joiners of America Local Union No. 22. The motion of the Defendant City College of San Francisco is scheduled t0 be heard by this Court on April 4, 2008. The basis for the motion filed by the Defendant Unions is identical to that filed by the Defendant City College of San Francisco.

### I.   REQUEST FOR JUDICIAL NOTICE

    Federal Rule of Evidence 201 provides that a court shall take judicial notice if requested by

---

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REPLY TO OPPOSITION TO MOTION TO DISMISS
No.    CV 07-6464 SC

a party and if it is supplied with the necessary information of a fact which is not subject to reasonable dispute and is either generally known within the territorial jurisdiction of the trial court or capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Defendants Unions have asked this Court to take judicial notice of Article 8, Section 8.101 of the Charter of the City and County of San Francisco. The existence and contents of the Charter of the City and County of San Francisco is not subject to reasonable dispute. It is generally known within the territorial jurisdiction of this trial Court and it is capable of accurate and ready determination. The Plaintiff argues that it is up to Defendant City College of San Francisco to authenticate the Charter of the City and County of San Francisco. That is not a defense to the request. Defendants are merely asking the Court to take judicial notice of the law in the City and County of San Francisco.

## II.  AN ACTION UNDER SECTION 301 CAN ONLY BE BROUGHT FOR VIOLATION OF A CONTRACT BETWEEN A UNION AND AN EMPLOYER AS DEFINED BY LAW.

City College of San Francisco is the campus of the San Francisco Community College District. It is a public employer. As such, it is excluded from the definition of an employer in the National Labor Relations Act. The contract between it and any labor union is not a contract that is subject to Section 301. Plaintiff argues that there are cases which stand for the proposition that jurisdiction exists under Section 301 as long as the suit is for violation of a contract between a union and an employer "even if neither party is a union or an employer." What Plaintiff fails to note is that the Defendants are arguing that the contract in question is not a contract between a union and an <u>employer</u> as defined by the law. It is a contract between a union and an entity which is not defined as an employer. Consequently, all of the cases cited by Plaintiff are not on point. As to whether or not City College of San Francisco is a public entity, Plaintiff makes the following statement. "Schools are often held <u>not</u> to be political subdivisions of the State." He cites <u>Stoddard v. School Dist. No. 1,</u> etc. (10th Cir. 1979) 590 F.2d 829) That case was filed by a terminated school teacher for violation of the First and Fourteenth Amendments and of 42 U.S.C. 1983. It is not a suit filed for breach of a contract between a union and an employer as defined in the National

- 2 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REPLY TO OPPOSITION TO MOTION TO DISMISS
No.    CV 07-6464 SC

Labor Relations Act. The issue in the case was not about whether or not a school district is defined in the National Labor Relations Act as an employer but rather whether or not the school district was an arm of the State and entitled to Eleventh Amendment immunity. The Unions in this case are not arguing that the school district is entitled to Eleventh Amendment immunity as an arm of the State. This is not a Title 7 case. They are arguing that the school district is a public employer. If Plaintiff were to read the case carefully, he would see that in the case which he cited, and in <u>Mt. Healthy City School District Board of Education v. Doyle</u>, 429 U.S. 274 (1977) the courts determined that a school district is more like a city or county than it is like an arm of the State. That is precisely the argument which the Defendants are making. A school district is like a city or county. A school district is a public employer, and therefore not an employer as defined in the National Labor Relations Act.

Dated: February 22, 2008

              WEINBERG, ROGER & ROSENFELD
              A Professional Corporation

              By: /s/_____
                 STEWART WEINBERG
                 Attorneys for Defendants
                 San Francisco Building and Construction Trades
                 Council and United Brotherhood of Carpenters and
                 Joiners of America Local Union No. 22

118036/484681

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22'S REPLY TO OPPOSITION TO MOTION TO DISMISS
No. CV 07-6464 SC