STEWART WEINBERG, Bar No. 031493
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
San Francisco Building and Construction Trades Council
and United Brotherhood of Carpenters and Joiners
of America Local Union No. 22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>　　　　Defendants. | Case No.    CV 07-6464 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22's, MOTION TO DISMISS**<br><br>**Date:**    March 7, 2008<br>**Time:**    10:00 a.m.<br>**Courtroom: 1, 17th Floor** |

The motion of Defendants San Francisco Building and Construction Trade Council Unions and United Brotherhood of Carpenters And Joiners of America Local Union No. 22 to dismiss Plaintiff Lawrence Lauser's Complaint came on before this hearing on March 7, 2008. After consideration of the briefs and arguments of the parties and counsel and all other matters presented, the Court finds that Plaintiff's Complaint fails to state a claim against the Defendant Unions San Francisco Building and Construction Trade Council Unions and United Brotherhood of Carpenters and Joiners of America Local Union No. 22 upon which relief can be granted. IT IS HEREBY

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
Case No.    CV 07-6464 SC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

ORDERED that:

1. Defendants' Request for Judicial Notice is GRANTED; and

2. Defendants' Motion to Dismiss is GRANTED and this action is hereby dismissed with prejudice.

Dated: _____, 2008

                                              HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

Presented By:

WEINBERG, ROGER & ROSENFELD

By:/s/_____
    STEWART WEINBERG
    Attorneys for Defendants
    San Francisco Building and Construction Trades Council
    and United Brotherhood of Carpenters and Joiners of America
    Local Union No. 22

118036/484704

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
Case No.   CV 07-6464 SC