UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE C. LAUSER

                Plaintiff(s),

    v.

CITY COLLEGE OF SAN FRANCISCO

                Defendant(s).
_____/

CASE NO. CV 07 6464 SC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 4-4-08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Frank Sarro | Plaintiff | 415-439-8877 | fpsarro@hotmail.com |
| Stewart Weinberg | Defendant Unions | 510-337-1001 | |
| Randy Riddle | Defendant CCSF | 415-678-3800 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3-14-08

                                    Frank P. Sarro
                                    Attorney for Plaintiff

Dated:_____

                                    Attorney for Defendant

Rev 12.05