1  STEWART WEINBERG, Bar No. 031493
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Defendants
   San Francisco Building and Construction Trades Council
6  and United Brotherhood of Carpenters and Joiners
   of America Local Union No. 22

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 LAWRENCE C. LAUSER,                ) Case No.  CV 07-6464 SC
                                      )
11         Plaintiff,                 )
                                      )
12    v.                              ) **NOTICE OF CHANGE OF ADDRESS,**
                                      ) **TELEPHONE AND FACSIMILE**
13 CITY COLLEGE OF SAN FRANCISCO, SAN ) **NUMBERS**
   FRANCISCO BUILDING AND             )
14 CONSTRUCTION TRADE COUNCIL         )
   UNIONS AND UNITED BROTHERHOOD      )
15 OF CARPENTERS AND JOINERS OF       )
   AMERICA LOCAL UNION NO. 22,        )
16                                    )
           Defendants.                )
17 _____)

18     NOTICE IS HEREBY GIVEN that effective May 2, 2005, the law firm of Weinberg,

19 Roger & Rosenfeld, has relocated its office.  The new address to which all notices should be sent

20 is:

21         Weinberg, Roger & Rosenfeld
           A Professional Corporation
22         1001 Marina Village Parkway, Suite 200
           Alameda, CA  94501-1091
23         Telephone:  510.337.1001; Facsimile: 510.337.1023

24     Please note that the telephone number and facsimile number have also changed.

25 Dated: April 2, 2008
                                      WEINBERG, ROGER & ROSENFELD
26                                    A Professional Corporation

27
                                      By:  /s/_____
28                                         STEWART WEINBERG

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

NOTICE OF CHANGE OF ADDRESS, TELEPHONE AND FACSIMILE NUMBERS