JEFFREY SLOAN, ESQ. (SBN 078179)
RANDY RIDDLE, ESQ. (SBN 121788)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:    (415) 678-3800
Facsimile:    (415) 678-3838

Attorneys for Defendant,
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22,<br><br>    Defendants. | Case No.: CV 07-6464SC<br><br>**DEFENDANTS SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER RULE 11**<br><br>Date:    May 23, 2008<br>Time:    10:00 a.m.<br>Dept:    Courtroom 1, 17th floor<br>Judge:    Hon. Samuel Conti<br><br>**Complaint Filed:**    December 26, 2007<br>**Trial Date:**    Not Set |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 23, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Department 1 of the above-entitled Court, Defendant CITY COLLEGE OF SAN FRANCISCO will move this Court for an order awarding monetary sanctions against Plaintiff's attorney of record, Frank P. Sarro, for asserting unwarranted and frivolous claims in violation of section 11(b)(2) of the Federal Rules of Civil Procedure. This motion is brought pursuant to section 11(c)(2) and requests fees and costs necessary to prepare and file this motion, the associated Motion to Dismiss, and for all other expenses directly resulting from Plaintiff's violation.

1  The motion will be based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of Motion for Sanctions, Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss, filed concurrently herewith, the Court's file and such further oral and documentary evidence as may be presented at the hearing on the Motions.

Dated: February 27, 2008               RENNE SLOAN HOLTZMAN & SAKAI, LLP

                                       By:_____/s/_____
                                              Jeffrey Sloan
                                              Randy Riddle
                                              Attorneys for Defendant,
                                              SAN FRANCISCO COMMUNITY
                                              COLLEGE DISTRICT