Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 1 of 6

| Attorney | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Motion to Dismiss** | | | | | |
| RR | 2/1/2008 | Reviewing Lauser complaint; initial research regarding jurisdiction | 1.2 | $230 | $276 |
| GN | 2/12/2008 | Research basis for federal court jurisdiction and 11th amendment immunity for school districts; draft memo of points and authorities | 4.7 | $190 | $893 |
| RR | 2/12/2008 | Initial review of motion to dismiss and Rule 11 letter | 1.2 | $230 | $276 |
| GN | 2/13/2008 | Research and review case law on whether a community college district is a political subdivision for purposes of jurisdiction under NLRA | 2.0 | $190 | $380 |
| RR | 2/13/2008 | Reviewing, revising motion to dismiss | 1.7 | $230 | $391 |
| GN | 2/14/2008 | Draft request for judicial notice; draft motion to dismiss; revise and finalize memo of points and authorities in support of motion per Mr. Riddle's direction | 3.0 | $190 | $570 |
| GN | 2/19/2008 | Draft letter to Mr. Sarro and our intention to file a 12(b) Motion to Dismiss; finalize memo of points and authorities for | 5.0 | $190 | $950 |

RR: Randy Riddle
GN: Genevieve Ng
TS: Todd Simonson

EXHIBIT A

Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 2 of 6

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | motion to dismiss; research administrative procedures under PERB for purposes of exhaustion; review Mr. Simonson's motion for sanctions |  |  |  |
| GN | 2/20/2008 | Redraft motion to dismiss based on congerence with Mr. Riddle; research re: whether district in an instrumentality of the state for purposes of 11th amendment immunity | 1.2 | $190 | $228 |
| GN | 2/21/2008 | Review Lauser's reply brief; research and review cited case law re: 11th amendment immunity and finding school districts as independent from the state and not immune from suit in federal court | 1.7 | $190 | $323 |
| RR | 3/26/2008 | Reviewing, revising reply brief in support of motion to dismiss | .8 | $230 | $184 |
| GN | 3/28/2008 | Review reply to Opposition to Motion to Dismiss for filing | .4 | $190 | $76 |
| GN | 4/2/2008 | Organize binder of Lauser litigation pleadings and caselaw for Mr. Riddle to prep for April 4 motion to dismiss hearing | 1.0 | $190 | $190 |
|  |  |  | **Motion to Dismiss Total =** | | $4737.00 |

RR: Randy Riddle
GN: Genevieve Ng
TS: Todd Simonson

EXHIBIT A

Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 3 of 6

| | | **Motion for Sanctions** | | | |
|---|---|---|---|---|---|
| GN | 2/11/2008 | Research rule 11 motion for sanctions; draft letter to Mr. Sarro seeking rule 11 sanctions and the basis for which the District would be seeking sanctions; draft notice of motion to dismiss | 6.0 | $190 | $1140 |
| TS | 2/12/2008 | Began research and drafting Rule 11 Motion | 1.3 | $210 | $273 |
| TS | 2/13/2008 | Continued research and drafting Rule 11 Motion | 5.7 | $210 | $1197 |
| RR | 2/25/2008 | Initial revisions to motion for sanctions; researching Rule 11 | 1.2 | $230 | $276 |
| RR | 2/26/2008 | Reviewing declaration in support of sanctions motion; reviewin, revising sanctions motion | 1.3 | $230 | $299 |
| GN | 2/27/2008 | Draft declaration for Mr. Riddle; revise and finalize Rule 11 motion for sanctions; research NLRB case law on jurisdiction over school districts; draft letter to Mr. Sarro enclosing and serving Rule 11 motion for sanctions pursuant to Federal rule | 3.5 | $190 | $665 |
| GN | 2/27/2008 | Finalize Rule 11 motion for service | .5 | $190 | $95 |
| GN | 5/2/2008 | Review opposition | 2.0 | $190 | $380 |

RR: Randy Riddle
GN: Genevieve Ng
TS: Todd Simonson

EXHIBIT A

Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 4 of 6

|    |           |                                                                                                                                          |     |       |         |
|----|-----------|------------------------------------------------------------------------------------------------------------------------------------------|-----|-------|---------|
|    |           | motion for sanctions; draft reply                                                                                                        |     |       |         |
| TS | 5/5/2008  | Reviewed Ms. Ng's Reply ISO Rule 11 Sanctions; researched and edited brief                                                               | 3.8 | $210  | $798    |
| GN | 5/5/2008  | Finalize reply brief for motion for sanctions                                                                                            | 1.2 | $190  | $228    |
| GN | 5/6/2008  | Revise, draft reply brief re: motion for sanctions                                                                                       | 1.8 | $190  | $342    |
| RR | 5/6/2008  | Reviewing, revising reply in support of motion for sanctions                                                                             | .8  | $230  | $184    |
| GN | 5/9/2008  | Review and proofread reply brief for filing with courts                                                                                  | 1.2 | $190  | $228    |
| TS | 6/6/2008  | Received/reviewed court's order dismissing complaint and awarding sanctions.  Email correspondence with Ms. Ng re: preparation of attorneys' fees affidavit. | .4  | $210  | $84     |
| TS | 6/9/2008  | Reviewed exemplar affidavit and drafted Riddle affidavit for attorneys' fees in response to Court's order.                               | 2.7 | $210  | $567    |
| TS | 6/10/2008 | Reviewed billing records and drafted attorney fees summary attachment to Riddle declaration; revised affidavit to include relevant dollar amounts | 3.8 | $210  | $798    |
|    |           | **Motion for Sanctions Total  =**                                                                                                        |     |       | $7554.00 |

RR:  Randy Riddle
GN:  Genevieve Ng
TS:  Todd Simonson

EXHIBIT A

Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 5 of 6

| | | **Other Work Relating to Litigation** | | | |
|---|---|---|---|---|---|
| GN | 3/17/2008 | Research re: ADR request from plaintiff and how to respond | 1.0 | $190 | $190 |
| GN | 3/26/2008 | Research local rules re: requirement to participate in ADR; review the ADR handbook as required by the local rules; review opposition to motion to dismiss brief; draft reply brief | 5.0 | $190 | $950 |
| GN | 3/27/2008 | Research federal rule of civil procedure 26(a) and initial disclosure requirements; Draft 26(a) initial disclosure statement; Revisions to reply brief | 2.9 | $190 | $551 |
| RR | 3/31/2008 | Preparing for, participating in ADR conference | .5 | $230 | $115 |
| | | | | **Other Related Work Total =** | $1806.00 |
| | | **Related Costs** | | | |
| | 3/1/2008 | DHL deliveries to Law offices of Union and opposing counsel | | | $67.11 |
| | 3/1/2008 | Westlaw online legal research, February 2008 | | | $489.11 |
| | 3/31/2008 | US Legal Management Services, Inc., delivery to United States District Court | | | $12.50 |

RR: Randy Riddle
GN: Genevieve Ng
TS: Todd Simonson

EXHIBIT A

Lauser v. City College of San Francisco, et. al.
United States District Court, Northern District of California
Case. No. CV 07-6464 SC

ATTORNEYS' FEES SUMMARY
Page 6 of 6

|  | | | | | |
|---|---|---|---|---|---|
|  | 4/1/2008 | Westlaw online legal research, March 2008 | | | $69.06 |
|  | 4/11/2008 | Federal Express delivery to Union counsel, 3/28/2008 | | | $7.11 |
|  | 4/15/2008 | US Legal Management Services, Inc., delivery to United States District Court | | | $12.50 |
|  | 2/20/2008 | Travel expenses to deliver documents | | | $20.00 |
|  | | | | **Related Costs Total  =** | $677.39 |
|  | | | | **GRAND TOTAL  =** | $14,774.39 |

RR:  Randy Riddle
GN:  Genevieve Ng
TS:  Todd Simonson

EXHIBIT A