UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. LAUSER, | No. C-07-6464 SC |
| Plaintiff, | |
| | <u>JUDGMENT</u> |
| v. | |
| CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO BUILDING AND CONSTRUCTION TRADE COUNCIL UNIONS AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA LOCAL UNION NO. 22, | |
| Defendants. | |

Pursuant to the Court's Order Granting CCSF and Union Defendants' Motions to Dismiss; Granting CCSF's Motion for Sanctions, Docket No. 31, counsel for Defendant City College of San Francisco submitted a detailed affidavit including an itemized accounting of the attorney's fees and costs CCSF expended in litigating this action. Riddle Aff., Docket No. 32. Having reviewed the Riddle Affidavit, the Court finds the fees and costs requested as sanctions reasonable, given the nature of the work and the experience of the attorneys. The Court therefore ORDERS, ADJUDGES, and DECREES as follows:

The Court previously granted CCSF's Motion for Sanctions against Plaintiff Lawrence Lauser's counsel, Frank Sarro. Mr. Sarro shall pay CCSF $4,737.00 for attorney's fees incurred working on CCSF's Motion to Dismiss, $7,554.00 for attorney's fees incurred working on CCSF's Motion for Sanctions, $1,806.00 for

attorney's fees incurred for other related work, and $677.39 for costs. JUDGMENT is therefore entered for CCSF in the total amount of $14,774.39.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: June 24, 2008

_____
UNITED STATES DISTRICT JUDGE