FILED

08 JUL -2 PM 1:11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C-07-6464 SC

| | |
|---|---|
| LAWRENCE C. LAUSER,                ) | NOTICE OF APPEAL |
| )           Plaintiff,                            ) | |
| versus                                              ) | |
| CITY COLLEGE OF SAN FRANCISCO, ) SAN FRANCISCO BUILDING AND  ) CONSTRUCTION TRADE COUNCIL ) UNIONS, and UNITED BROTHERHOOD ) OF CARPENTERS AND JOINERS OF ) AMERICA LOCAL UNION NO. 22,     ) | |
| Defendants.                ) | |

    Notice is hereby given that plaintiff Lawrence C. Lauser and Frank P. Sarro hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 24, 2008, and from an order granting CCSF's motion for sanctions entered in this action on June 6, 2008.

Frank P. Sarro (SBN 129780)
Attorney for Appellants
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 439-8877