UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 3, 2008

**CASE INFORMATION:**
Short Case Title:  LAWRENCE C. LAUSER-v- SF CITY COLLEGE
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District: Senior Judge Samuel Conti
Criminal and/or Civil Case No.:  CV 07-06464 SC
Date Complaint/Indictment/Petition Filed: 12/26/07
Date Appealed order/judgment *entered* 6/24/08
Date NOA *filed* 7/2/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: None

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 7/2/08            Date Docket Fee Billed:
Date FP granted:                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                      Appellee Counsel: see docket sheet
Frank P. Sarro
fpsarro@hotmail.com
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
415 439-8877
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                            Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                         9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Alfred Amistoso 415 522-2006