ADRMOP, APPEAL, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-06464-SC
## Internal Use Only

| | |
|---|---|
| Lauser v. City College of San Francisco et al | Date Filed: 12/26/2007 |
| Assigned to: Hon. Samuel Conti | Date Terminated: 06/06/2008 |
| Cause: 29:185 Labor/Mgt. Relations (Contracts) | Jury Demand: Plaintiff |
| | Nature of Suit: 790 Labor: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lawrence C. Lauser**     represented by    **Frank P. Sarro**
Law Office of Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
415 439-8877
Fax: 415 439-8833
Email: fpsarro@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City College of San Francisco**     represented by    **Jeffrey Sloan**
Renne Sloan Holtzman Sakai LLP
350 Sansome St.
Ste. 300
San Francisco, CA 94104
415-678-3806
Email: jsloan@rshslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy Edward Riddle**
Renne Sloan Holtzman Sakai LLP
350 Sansome St.
Suite 300
San Francisco, CA 94104
415-678-3814
Email: rriddle@rshslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **San Francisco Building and Construction Trade Council Unions** | represented by | **Stewart Weinberg** <br> Weinberg Roger & Rosenfeld <br> A Professional Corporation <br> 1001 Marina Village Parkway <br> Suite 200 <br> Alameda, CA 94501 <br> 510-337-1001 <br> Fax: 510-337-1023 <br> Email: courtnotices@unioncounsel.net <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **United Brotherhood of Carpenters and Joinders of America Local Union No.22** | represented by | **Stewart Weinberg** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | COMPLAINT AND JURY TRIAL DEMANDED against City College of San Francisco, San Francisco Building and Construction Trade Council Unions, United Brotherhood of Carpenters and Joinders of America Local Union No.22 ( Filing fee $ 350.00, receipt number 34611013884.). Filed byLawrence C. Lauser. (aaa, Court Staff) (Filed on 12/26/2007) (aaa, Court Staff). (Entered: 01/02/2008) |
| 12/26/2007 | | Summons Issued as to City College of San Francisco. (aaa, Court Staff) (Filed on 12/26/2007) (Entered: 01/02/2008) |
| 12/26/2007 | | Summons Issued as to San Francisco Building and Construction Trade Council Unions. (aaa, Court Staff) (Filed on 12/26/2007) (Entered: 01/02/2008) |
| 12/26/2007 | | Summons Issued as to United Brotherhood of Carpenters and Joinders of America Local Union No.22. (aaa, Court Staff) (Filed on 12/26/2007) (Entered: 01/02/2008) |
| 12/26/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 3/28/2008. Case Management Conference set for 4/4/2008 10:00 AM. Signed by Senior Judge Samuel Conti on 12/26/07. (Attachments: # 1 SC Standing Order, # 2 Standing Order)(aaa, Court Staff) (Filed on 12/26/2007) (Entered: 01/02/2008) |
| 12/26/2007 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 12/26/2007) (Entered: 01/02/2008) |
| 01/07/2008 | 3 | CLERK'S NOTICE to Plaintiff(s) Attorney(s) by e-mail or U.S. mail re: Failure to E-File/E-Mail re 1 Complaint and/or Failure to Register as an E-Filer (aaa, Court Staff) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/29/2008 | 4 | MOTION to Dismiss for Lack of Jurisdiction filed by San Francisco |

| | | |
|---|---|---|
| | | Building and Construction Trade Council Unions, United Brotherhood of Carpenters and Joinders of America Local Union No.22. Motion Hearing set for 3/7/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Weinberg, Stewart) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 5 | Request for Judicial Notice re 4 MOTION to Dismiss for Lack of Jurisdiction filed bySan Francisco Building and Construction Trade Council Unions, United Brotherhood of Carpenters and Joinders of America Local Union No.22. (Related document(s) 4 ) (Weinberg, Stewart) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 02/19/2008 | 6 | NOTICE by City College of San Francisco *of 7 Motion to Dismiss for Lack of Jurisdiction* (Riddle, Randy) (Filed on 2/19/2008) Modified on 2/20/2008 (aaa, Court Staff). (Entered: 02/19/2008) |
| 02/19/2008 | 7 | MOTION to Dismiss for Lack of Jurisdiction *and Memorandum of Points and Authorities In Support* filed by City College of San Francisco. Motion Hearing set for 3/28/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Riddle, Randy) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/19/2008 | 8 | Request for Judicial Notice *In Support of 7 Motion to Dismiss* filed byCity College of San Francisco. (Riddle, Randy) (Filed on 2/19/2008) Modified on 2/20/2008 (aaa, Court Staff). (Entered: 02/19/2008) |
| 02/19/2008 | 9 | Proposed Order *Granting Defendant's 7 Motion to Dismiss* by City College of San Francisco. (Riddle, Randy) (Filed on 2/19/2008) Modified on 2/20/2008 (aaa, Court Staff). (Entered: 02/19/2008) |
| 02/20/2008 | 10 | Amended MOTION to Dismiss for Lack of Jurisdiction *and Memorandum of Points and Authorities in Support* filed by City College of San Francisco. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Riddle, Randy) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 11 | AMENDED DOCUMENT by City College of San Francisco. *Request for Judicial Notice in Support of Amended Motion to Dismiss*. (Riddle, Randy) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 12 | AMENDED DOCUMENT by City College of San Francisco. *Amended Notice of Motion to Dismiss Due to Lack of Jurisdiction*. (Riddle, Randy) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 13 | Proposed Order *Granting Defendant's 12 Amended Motion to Dismiss* by City College of San Francisco. (Riddle, Randy) (Filed on 2/20/2008) Modified on 2/21/2008 (aaa, Court Staff). (Entered: 02/20/2008) |
| 02/21/2008 | 14 | Memorandum in Opposition *to Unions' 4 Motion to Dismiss* filed byLawrence C. Lauser. (Sarro, Frank) (Filed on 2/21/2008) Modified on 2/22/2008 (aaa, Court Staff). (Entered: 02/21/2008) |
| 02/22/2008 | 15 | Reply to Opposition re 4 MOTION to Dismiss for Lack of Jurisdiction filed bySan Francisco Building and Construction Trade Council Unions, United Brotherhood of Carpenters and Joinders of America Local Union No.22. (Weinberg, Stewart) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| | | |

| | | |
|---|---|---|
| 02/22/2008 | 16 | Proposed Order re 15 Reply to Opposition, by San Francisco Building and Construction Trade Council Unions, United Brotherhood of Carpenters and Joinders of America Local Union No.22. (Weinberg, Stewart) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 03/14/2008 | 17 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Sarro, Frank) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 18 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Sarro, Frank) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/18/2008 | 19 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Weinberg, Stewart) (Filed on 3/18/2008) (Entered: 03/18/2008) |
| 03/21/2008 | 20 | Memorandum in Opposition *to CCSF's* 7 *&* 10 *Motion to Dismiss* filed byLawrence C. Lauser. (Sarro, Frank) (Filed on 3/21/2008) Modified on 3/24/2008 (aaa, Court Staff). (Entered: 03/21/2008) |
| 03/27/2008 | 21 | ADR Clerks Notice Setting ADR Phone Conference on 3/31/08 at 3:00 p.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/28/2008 | 22 | CASE MANAGEMENT STATEMENT *and Rule 26(f) Report* filed by Lawrence C. Lauser. (Sarro, Frank) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 23 | Reply to Opposition re 10 Amended MOTION to Dismiss for Lack of Jurisdiction *and Memorandum of Points and Authorities in Support* filed byCity College of San Francisco. (Sloan, Jeffrey) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/31/2008 | 24 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Riddle, Randy) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 04/01/2008 | | ADR Remark: ADR Phone Conference conducted on 4/1/08 by DB. (tjs, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/03/2008) |
| 04/02/2008 | 25 | NOTICE of Change of Address by Stewart Weinberg (Weinberg, Stewart) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/02/2008 | 26 | MOTION for Sanctions *Under Rule 11* filed by City College of San Francisco. Motion Hearing set for 5/23/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Sloan, Jeffrey) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/02/2008 | 27 | Declaration of Randy Riddle in Support of 26 MOTION for Sanctions *Under Rule 11* filed byCity College of San Francisco. (Related document(s) 26 ) (Sloan, Jeffrey) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/02/2008 | 28 | Memorandum of Points and Authorities in Support 26 Motion for Sanctions filed by City College of San Francisco. Motion Hearing set for 5/23/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Sloan, Jeffrey) (Filed on 4/2/2008) Modified on 4/4/2008 (aaa, Court Staff). (Entered: 04/02/2008) |
| 04/02/2008 | | (Court only) ***Motions terminated: 28 MOTION for Sanctions |

| | | |
|---|---|---|
| | | *Memorandum of Points and Authorities in Support* filed by City College of San Francisco. Due to erroneous posting. (aaa, Court Staff) (Filed on 4/2/2008) (Entered: 04/04/2008) |
| 05/02/2008 | 29 | Memorandum in Opposition *to CCSF's* 26 *Motion for Sanctions* filed byLawrence C. Lauser. (Sarro, Frank) (Filed on 5/2/2008) Modified on 5/5/2008 (aaa, Court Staff). (Entered: 05/02/2008) |
| 05/09/2008 | 30 | Reply to Opposition re 26 MOTION for Sanctions *Under Rule 11* filed byCity College of San Francisco. (Sloan, Jeffrey) (Filed on 5/9/2008) (Entered: 05/09/2008) |
| 05/19/2008 | | ADR Remark: The further ADR Phone Conference has been rescheduled to 6/27/08 at 2:00 p.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 5/19/2008) (Entered: 05/19/2008) |
| 06/06/2008 | 31 | ORDER by Judge Samuel Conti granting 4 Motion to Dismiss for Lack of Jurisdiction; granting 10 Motion to Dismiss for Lack of Jurisdiction; granting 26 Motion for Sanctions (sclc1, COURT STAFF) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | | (Court only) ***Civil Case Terminated. (sclc1, COURT STAFF) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/11/2008 | 32 | AFFIDAVIT re 31 Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion for Sanctions by City College of San Francisco. (Attachments: # 1 Exhibit A Summary of Attorneys' Fees and Costs)(Riddle, Randy) (Filed on 6/11/2008) (Entered: 06/11/2008) |
| 06/24/2008 | 33 | JUDGMENT in favor of City College of San Francisco against Lawrence C. Lauser. Signed by Judge Samuel Conti on 06/24/2008. (sclc1, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 07/02/2008 | 34 | NOTICE OF APPEAL as to 33 Judgment on Attorney Fees by Lawrence C. Lauser. Filing fee $ 455.00., Receipt Number 34611020815 (aaa, Court Staff) (Filed on 7/2/2008) (Entered: 07/03/2008) |
| 07/03/2008 | 35 | Cover Letter, Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 34 Notice of Appeal (aaa, Court Staff) (Filed on 7/3/2008) (Additional attachment(s) added on 7/3/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 07/03/2008) |
| 07/03/2008 | 36 | Certificate of Record Mailed to USCA re appeal 34 Notice of Appeal : (aaa, Court Staff) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/03/2008 | 37 | Copy of 34 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 7/3/2008) (Entered: 07/03/2008) |