# RECEIVED

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 3, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JUL 08 2008

FILED
DOCKETED
DATE

**CASE NUMBER: CV 07-06464 SC**

**CASE TITLE: LAWRENCE C. LAUSER-v-SF CITY COLLEGE**

USCA Case Number:

Dear Sir/Madam:   08-16562

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

cc: Counsel of Record